**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────X
W. HENRY ALDERFER, LAUREN ALDERFER
and SARAH ALDERFER,

                              Plaintiffs,

            -against-

LOUIS PUBLIC COMPANY LIMITED,

                            Defendants.
───────────────────────────────X

07 Civ. 6976 (WCC)
ECF CASE
**NOTICE OF DISMISSAL**

      **PLEASE TAKE NOTICE** that plaintiffs voluntarily dismiss this action pursuant to Rule 41 of the Federal Rules of Civil Procedure, with prejudice, reserving all rights against the Government of Greece which is not a party to this case nor subject to the jurisdiction of this Court.

Dated: New York, New York
       June 18, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

LAW OFFICE OF TODD J. KROUNER
Attorney for Plaintiffs

By: _Todd J. Krouner (TK 0308)_
93 North Greeley Avenue, Suite 100
Chappaqua, NY 10514
(914) 238-5800

KREINDLER & KREINDLER LLP

By: _Edelman_
Paul S. Edelman (4500)
Counsel
(Substituted) Attorneys for Plaintiffs
100 Park Avenue
New York, NY 10017
(212) 687-8181

So Ordered.
Dated: June 27, 2008
       White Plains, NY
_William C. Conner_
Sr. USDJ

COPIES E-MAILED TO COUNSEL OF RECORD